PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 6 2007

at $\angle\angle$ o'clock and $\infty$ min. $AM$
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   JIN SOO CHANG,
aka "Chris Chang"                          Case Number:  CR 01-00351HG-001

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
Chief U.S. District Judge

Date of Original Sentence:  7/8/2002

Original Offense:   Conspiracy to Distribute and Possess With Intent to Distribute
50 Grams of More of Crystal Methamphetamine - "ICE," in violation
of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

Original Sentence:   Seventy (70) months imprisonment and five (5) years supervised
release, with the following special conditions:  1) That the
defendant participate in a substance abuse program, which may
include drug testing at the discretion and direction of the Probation
Office; and 2) That the defendant shall provide the Probation Office
and the Financial Litigation Unit of the U.S. Attorney's Office
access to any requested financial information to include submitting
to periodic debtor's examinations as directed by the Probation
Office.

The subject was also ordered to pay a $10,000 fine.

Type of Supervision:  Supervised Release      Date Supervision Commenced:  3/17/2006

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

*General Condition:   The defendant shall refrain from any unlawful use of a
controlled substance.  The defendant shall submit to one
drug test within 15 days of commencement of supervision
and at least two drug tests thereafter, but no more than eight
valid tests per month during the period of supervision.*

Prob 12B
(7/93)

2

## CAUSE

The subject's term of supervised release commenced in the Central District of California (CD/CA) on 3/17/2006.  Our office recently received a letter from the subject's supervising probation officer in that district requesting the above-noted modification.  Reportedly, the subject will soon complete an outpatient substance abuse treatment program.  In light of <u>U.S. vs. Stephens</u>, the probation officer is requesting the authority to continue random drug testing outside of treatment in order to monitor the subject's compliance.  The subject's substance abuse history includes daily use of methamphetamine prior to his arrest for the instant offense.

Our office supports this request and respectfully recommends the Court modify the mandatory drug testing condition (General Condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term.  To his credit, the subject reportedly is employed and satisfied his fine in full.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release.  The subject waived his right to a hearing and to assistance of counsel.  The subject agreed to the modification of the conditions of supervised release.  The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date:  6/28/2007

Prob 12B
(7/93)

3

THE COURT ORDERS:

[ X ]    The Modification of Conditions as Noted Above
[   ]    Other

_____
HELEN GILLMOR
Chief U.S. District Judge

7 . 5 . 07
_____
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]     To extend the term of supervision for  years, for a total term of  years.

[ X ]     To modify the conditions of supervision as follows:

*The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than eight valid tests per month during the period of supervision.*

Witness: _____
CARLA LAUBACHER
U.S. Probation Officer

Signed: _____
JIN SOO CHANG
Supervised Releasee

4/23/07
Date